[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**
**8/28/2023**
**AXK**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

_____ )
Doris A. Nelson                  )    **1:23-cv-06387**
_____ )    **Judge John F. Kness**
                                 )    **Magistrate Judge Beth W. Jantz**
Plaintiff(s),                    )    **RANDOM**
                                 )    Case Number: _____
v.                               )
_____ )
                                 )
Amazon.com.dedc,LLC              )
_____ )
                                 )
Defendant(s).                    )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is ___Doris A. Nelson_____ of the county of ___Kane_____ in the state of ___ILLinois_____.

3. The defendant is ___Amazon.com.dedc, LLC_____, whose street address is ___2865 Duke Parkway_____,

(city) __Aurora____ (county) __Kane____ (state) __ILLinois____ (ZIP) __60502____

(Defendant's telephone number) ( __630__ ) – __888-2233_____

4. The plaintiff sought employment or was employed by the defendant at (street address)
___Amazon___ 2865 Duke Parkway 2420_____ (city) __Aurora_____
(county) __Kane____ (state) __ILLinois___ (ZIP code) __60502____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.  The plaintiff [*check one box*]

    (a)  ☐  was denied employment by the defendant.

    (b)  ☐  was hired and is still employed by the defendant.

    (c)  ☐  was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)___September___, (day)___27___, (year)___2017___.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both*.)

    (a)  The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i)  ☒ the United States Equal Employment Opportunity Commission, on or about

    (month)___March___ (day)___14___ (year)___2018___.

    (ii) ☒ the Illinois Department of Human Rights, on or about

    (month)___April___ (day)___25___ (year)___2022___.

    (b)  If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2  The defendant is a federal governmental agency, and

    (a)  the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)___April____

(day) ___08___ (year) __2022____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ Yes  ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes  ☒ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)__May_____ (day)__26_____ (year)___2023____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☐ terminated the plaintiff's employment.

    (c) ☒ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ failed to stop harassment;

    (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☒ other (specify): __Age_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

In violation of the Age Discrimination in Employment Act of 1967, as amended

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was subjected to sexual harassment and complained to Respondent. Subsequently, was

subjected to further harassment , scrutiny, intimidation and discipline.

I believe I have been discriminated against because of my sex, female, my race, Black

And in retaliation for engaging in protected activity, in violation of Tittle VII of the Civil Rights

I believe I have been discriminated against because of my age, 61 (Year of Birth: 1956), in

In violation of the Age Discrimination of Employment Act of 1967, as amended.

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a)  ☐ Direct the defendant to hire the plaintiff.

    (b)  ☐ Direct the defendant to re-employ the plaintiff.

    (c)  ☒ Direct the defendant to promote the plaintiff.

    (d)  ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)  ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f)  ☐ Direct the defendant to (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

*[signature]* Doris A. Nelson
(Plaintiff's signature)

Doris A. Nelson
(Plaintiff's name)

2060 Carolyn Rd.
(Plaintiff's street address)

(City) Aurora (State) ILLinois (ZIP) 60506

(Plaintiff's telephone number) (630) – 888-2233

Date: 8/24/2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016