[If you need additional space for ANY section, please attach an additional sheet and reference that section.]




# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)

v.

Defendant(s)

Case Number: **1:23-cv-06387**
**Judge John F. Kness**
**Magistrate Judge Beth W. Jantz**

Judge: **RANDOM**

## MOTION FOR ATTORNEY REPRESENTATION
**(NOTE: Failure to complete all items may result in the denial of this motion. )**

1. I, _____, declare that I am the (check appropriate box)
   ☐ plaintiff  ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**




   but I have been unable to find an attorney because:



3. I declare that (check all that apply):
   *(Now:)*
   ☐   I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐   I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☐   I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐   I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check ·one):
   ☐   I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

  ☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

  ☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school ☐ Some high school ☐ High school graduate
   ☐ Some college ☐ College graduate ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☐ I declare under penalty of perjury that the foregoing is true and correct.

\_\_\_\_Doris A. Nelson_____   \_\_\_\_2060 Carolyn Rd._____
Signature of Movant            Street Address

\_\_\_\_8/24/2023_____   \_\_\_\_Aurora, IL. 60506_____
Date                 City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| | |
|---|---|
| Case Name: __N/A_____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]