**EXHIBIT 2**

CASE # 1:23cv06387

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2018-03786 |

Illinois Department Of Human Rights                and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Doris Nelson** | (630) 888-2233 | 1956 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2060 Carolyn Road, Aurora, IL 60504 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **AMAZON** | 500 or More | (331) 208-9162 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2895 Duke Parkway, Aurora, IL 60502 | |

RECEIVED EEOC
MAR 14 2018
CHICAGO DISTRICT OFFICE

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest         Latest |
| ☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | 03-14-2018 |
| ☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about September 27, 2017. My current position is ER (Each Received). During my employment, I was subjected to sexual harassment and harassment. I complained to Respondent. Subsequently, I was subjected to further harassment, scrutiny, intimidation and discipline.

I believe I have been discriminated against because of my sex, female, my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe I have been discriminated against because of my age, 61 (Year of Birth: 1956), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Mar 14, 2018        [signature]<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

FILED 9/11/2023 MCP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT