| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ IDHR  ☐ EEOC | |

| Illinois Department of Human Rights | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| **Ms. Doris Nelson** | **630/888-2233** |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| **2060 Carolyn Road, Aurora, IL 60504** | | **1956** |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| **AMAZON.COM SERVICES LLC** | **500+** | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| **410 Terry Ave., Seattle, WA 98109** | | |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| **AMAZON** | **331/208-9162** |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| **2865 Duke Pkwy., Aurora, IL 60506** | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| | EARLIEST *(ADEA/EPA)*          LATEST *(ALL)* |

[X] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [X] AGE
[X] RETALIATION   [ ] NATIONAL ORIGIN   [ ] DISABILITY   [ ] OTHER *(Specify)*

[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**PLEASE SEE ATTACHED.**

**EXHIBIT 3**
**CASE # 1:23cv06387**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT  X |
| Date 4/25/22   Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (Test 10/94)

FILED
9/11/2023   MCP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT