EXHIBIT 2

EEOC Form 5 (11/09)

CASE # 1:23cv06387

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2018-03786 |
|---|---|---|

Illinois Department Of Human Rights **and EEOC**
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Doris Nelson** | Home Phone (Incl. Area Code)<br>(630) 888-2233 | Date of Birth<br>1956 |
|---|---|---|

Street Address: **2060 Carolyn Road, Aurora, IL 60504**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**AMAZON** | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(331) 208-9162 |
|---|---|---|

Street Address: **2895 Duke Parkway, Aurora, IL 60502**

RECEIVED EEOC MAR 14 2018 CHICAGO DISTRICT OFFICE

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 03-14-2018
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began my employment with Respondent on or about September 27, 2017. My current position is ER (Each Received). During my employment, I was subjected to sexual harassment and harassment. I complained to Respondent. Subsequently, I was subjected to further harassment, scrutiny, intimidation and discipline.

I believe I have been discriminated against because of my sex, female, my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe I have been discriminated against because of my age, 61 (Year of Birth: 1956), in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Mar 14, 2018 — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

FILED 9/11/2023 MCP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT