

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

JCK Federal Building
230 S. Dearborn
Suite 1866 (Enforcement, State and Local & Hearings)
Suite 2920 (Legal & ADR)
Chicago, IL  60604
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Chicago Direct Dial:  (312) 872-9777
Administration Fax:  (312) 588-1255
Enforcement/File Disclosure Fax:  (312) 588-1260
Federal Sector Fax:  (312) 588-1265
Intake FAX:  (312) 588-1286
Legal Fax:  (312) 588-1494
Mediation Fax:  (312) 588-1498
Website:    www.eeoc.gov

EEOC Charge Number: 440-2018-03786

Doris Nelson
2060 Carolyn Road                                                                                   Charging Party
Aurora, IL 60504

v.

AMAZON
2895 Duke Parkway                                                                                   Respondent
Aurora, IL 60502

## DETERMINATION

Under the authority vested in me by the U.S. Equal Employment Opportunity Commission's Procedural Regulations, I issue the following determination on the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended, (Title VII) and the Age Discrimination in Employment Act of 1967, as amended, (ADEA).

The Respondent is an employer within the meaning of Title VII and the ADEA, and all requirements for coverage have been met.

The Charging Party alleged that she was discriminated against because of her sex, female and her race, Black, when she was subjected to derogatory sex-based and race-based comments, sexual harassment and harassment; and that she was retaliated against for complaints of such discrimination when she was subjected to further harassment, scrutiny, intimidation and discipline, in violation of Title VII.  The Charging Party further alleges that she was discriminated against because of her age, 61 (YOB 1956), when she was harassed, in violation of the ADEA.

I have determined that the evidence obtained in the investigation establishes reasonable cause to believe that Respondent discriminated against the Charging Party and a class of individuals between September 2017 and August 2018 at its Aurora, Illinois facility because of their sex, female, when they were subjected to sexual harassment, harassment, and derogatory comments because of their sex, female; and that they were subjected to racially derogatory comments, because of their race, Black, in violation of Title VII.

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Anything said or done during the conciliation process will be kept confidential by the Commission and, subject to limited exceptions set out in the Commission's Procedural Regulations (29 CFR Part 1601.26), may not be used by participants in a subsequent proceeding, including litigation on this charge, without the consent of all parties.

If Respondent wishes to accept this invitation to participate in conciliation efforts, please notify Shuwn Hayes at shuwn.hayes@eeoc.gov and/or (312) 872-9733 within 14 days. Respondent is encouraged to include proposed terms for a conciliation agreement. The remedies for violations of the statutes we enforce are designed to make the identified victims whole and to provide corrective and preventative relief. These remedies may include, as appropriate, an agreement by Respondent not to engage in unlawful employment practices, placement of identified victims in positions they would have held but for discriminatory actions, back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation(s) and the resolution of the claim.

Should Respondent have further questions regarding the conciliation process or the conciliation terms it would like to propose, please contact the investigator identified above. Should there be no response from Respondent within 14 days, we may conclude that further conciliation efforts in this matter would be futile or non-productive.

On Behalf of the Commission,

_____                                    _____
Date                                                                               Julianne Bowman
                                                                                        District Director
                                                                                        Chicago District Office