# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ IDHR<br>☐ EEOC | 440-2022-05715 |

_____Illinois Department of Human Rights_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Doris Nelson | 630/888-2233 |

| STREET ADDRESS  CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 2060 Carolyn Road, Aurora, IL 60504 | 1956 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| AMAZON.COM SERVICES LLC | 500+ | |

| STREET ADDRESS  CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 410 Terry Ave., Seattle, WA 98109 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| AMAZON | 331/208-9162 |

| STREET ADDRESS  CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 2865 Duke Pkwy., Aurora, IL 60506 | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [X] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**PLEASE SEE ATTACHED.**

Received CDO: April 27, 2022

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT
X

Date 4/25/22  Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

Doris Nelson
Charge of Discrimination
Page 2 of 2

I. I began my employment with Respondent on or about September 27, 2017. I filed a Charge of Discrimination (No. 440-2018-03786) with the Chicago District Office of the EEOC on March 14, 2018, alleging race, sex, and age discrimination, as well as retaliation. The discrimination and retaliation have continued since filing the Charge.

II. I believe I have been discriminated against because of my sex, female, my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my age, 65 (year of birth: 1956), and in retaliation for engaging in protected activity, in violation of the Age Discrimination in Employment Act of 1967, as amended.

    I applied for the position of Training Ambassador but received no response.

    My requests to train for other positions, to transfer to the day shift, and to transfer to another department have been denied.

    My requests to work overtime have either been denied or the supervisor in charge has refused to allow me to work overtime even when my requests have been approved.

    When I was assigned as a Tugger, I would frequently be the only Tugger assigned, even though there are supposed to be at least two Tuggers assigned in order to complete the tasks and meet the production goal. Then, unrelated to my performance, I was removed as Tugger.