IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DORIS A. NELSON,** | |
| **Plaintiff,** | |
| v. | Case No.: 1:23-cv-6387 |
| **AMAZON.COM.DEDC,** | Honorable John F. Kness |
| **Defendant.** | |

### DEFENDANT'S UNOPPOSED MOTION
### FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant,[1] by and through its undersigned counsel, hereby request an extension of time until October 4, 2024, to answer, move, or otherwise plead in response to the Complaint.

1. On August 28, 2023, Plaintiff filed a complaint against Defendant in the U.S. District Court for the Northern District of Illinois, alleging violations of Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1967. Dkt. 1.

2. Plaintiff recently retained counsel and filed her First Amended Complaint ("FAC") on July 22, 2024. Dkt. 23.

3. The court reset the initial status hearing for September 19, 2024 at 9:30 a.m. Dkt. 24.

4. The parties' deadline to confer pursuant to Rule 26(f) is August 29, 2024. *See id*.; Fed. R. Civ. P. 26(f)(1)-(2).

5. So that Defendant has time to fully investigate the robust, additional allegations included in Plaintiff's FAC and prepare an appropriate responsive pleading, Defendant

---

[1] Effective January 1, 2019, Amazon.com.dedc LLC was merged into Amazon.com Services, Inc. Effective December 30, 2019, Amazon.com Services, Inc. was renamed Amazon.com Services LLC. Therefore, Amazon.com Services LLC is the proper name of the corporate defendant and is Plaintiff's current employer.

respectfully requests a brief extension of time, until October 4, 2024, to answer, move, or otherwise plead in response to the FAC, and that the deadlines for the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a joint status report, and the date for the initial status hearing be reset accordingly to dates following Defendant's filing of its responsive pleading.

6. Such extension will also allow the parties to explore whether an early resolution of this matter is possible.

7. Defendant conferred with Plaintiff, and on July 29, 2024, counsel for Plaintiff he has no objection to an extension of Defendant's responsive pleading deadline up to and including October 4, 2024.

8. This is Defendant's second request for an extension by Defendant. Defendant brings this motion in good faith and not for purposes of delay. An extension of time of sixty (60) days for Defendant's responsive pleading will not cause excessive delay in the litigation, nor will it unduly burden the parties.

**WHEREFORE,** for the foregoing reasons, Defendant respectfully requests this Court enter an order granting it an extension of time up to and including October 4, 2024, to answer, move, or otherwise plead in response to the Complaint, and resetting the deadlines for the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a joint status report, and the date for the initial status hearing.

Dated: August 5, 2024    Respectfully Submitted,

/s/ Stephanie L. Sweitzer
Stephanie L. Sweitzer
Morgan, Lewis & Bockius LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
(312) 324-1000
(312) 324-1001 (fax)
stephanie.sweitzer@morganlewis.com

Carolyn M. Corcoran (*pro hac vice*)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000
(212) 309-6001 (fax)

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 5, 2024, the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will provide electronic service to all counsel of record.

*/s/ Stephanie L. Sweitzer*
Stephanie L. Sweitzer
