# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **DORIS A. NELSON,** | |
| **Plaintiff,** | |
| v. | Case No.: 1:23-cv-6387 |
| **AMAZON.COM.DEDC,** | Honorable John F. Kness |
| **Defendant.** | Magistrate Judge Beth W. Jantz |

## JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

Plaintiff Doris A. Nelson and Defendant[1] (collectively, the "Parties"), by and through their undersigned attorneys, respectfully request that the Court enter a Confidentiality Order to govern the disclosure of confidential information exchanged in discovery. In support of this Joint Motion, the Parties state as follows:

1. Plaintiff is a current employee of Defendant and has asserted claims against Defendant under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. 1981.

2. During discovery, Defendant has requested documents that contain Confidential Information and Protected Health Information ("PHI") from Plaintiff, including Plaintiff's medical records, as well as financial records. Likewise, Plaintiff has requested documents that contain confidential and proprietary information ("Confidential Information"), including non-public business information about Defendant, as well as information relating to current or former employees of Defendant.

3. The Parties have conferred and drafted a Proposed Agreed Confidentiality Order

---

[1] Effective January 1, 2019, Amazon.com.dedc LLC was merged into Amazon.com Services, Inc. Effective December 30, 2019, Amazon.com Services, Inc. was renamed Amazon.com Services LLC. Therefore, Amazon.com Services LLC is the proper name of the corporate defendant and is Plaintiff's current employer.

("Confidentiality Order") governing the use and disclosure of Confidential Information and PHI. The proposed Confidentiality Order has been submitted to the Court at Proposed_Order_Jantz@ilnd.uscourts.gov.

4. Good cause exists for the entry of the proposed Confidentiality Order to protect Confidential Information of the Parties and the PHI of Plaintiff, the disclosure of which would cause serious injury or damage to Plaintiff, Defendant, or non-party current or former employees of Defendant if it becomes known by the public.

5. Thus, the Parties ask the Court to enter an Order in the form set forth in the proposed Agreed Confidentiality Order.

6. This Joint Motion has been filed in good faith and is not interposed for purposes of harassment or delay, and no party will be prejudiced by the Court's granting of the same.

**WHEREFORE**, the Parties respectfully request that the Court grant their Motion for Entry of Agreed Confidentiality Order, and such other relief as the Court deems appropriate.

Dated: December 18, 2024         Respectfully submitted,

| | |
|---|---|
| */s/ Steven Horak* | */s/ Stephanie L. Sweitzer* |
| Steven Horak | Stephanie L. Sweitzer |
| Steven Horak Firm | Morgan, Lewis & Bockius LLP |
| 940 Knollwood Dr. | 110 North Wacker Drive, Suite 2800 |
| Buffalo Grove, IL 60089 | Chicago, IL 60606 |
| (847) 877-3120 | (312) 324-1000 |
| steve@stevenhoraklaw.com | (312) 324-1001 (fax) |
| | stephanie.sweitzer@morganlewis.com |
| *Counsel for Plaintiff* | |
| | Carolyn M. Corcoran (*admitted pro hac vice*) |
| | Morgan, Lewis & Bockius LLP |
| | 101 Park Avenue |
| | New York, NY 10178 |
| | (212) 309-6000 |
| | (212) 309-6001 (fax) |
| | |
| | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2024, the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will provide electronic service to all counsel of record.

*/s/ Stephanie L. Sweitzer*
Stephanie L. Sweitzer