IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DORIS A. NELSON,<br><br>      **Plaintiff,**<br><br>v.<br><br>AMAZON.COM.DEDC,<br><br>      **Defendant.** | Case No.: 1:23-cv-6387<br><br>Honorable John F. Kness<br>Honorable Beth W. Jantz |

## JOINT STATUS REPORT

Pursuant to the Court's February 21, 2025 Order (Dkt. 46), Plaintiff and Defendant[1] (collectively, the "Parties"), by and through their undersigned attorneys, advise the Court of the following developments:

1.    On July 22, 2024, Plaintiff served her First Amended Complaint. Dkt. 23.

2.    In accordance with the Court's October 31, 2024 Order (Dkt. 39), on November 21, 2024, Defendant timely filed its Answer to Plaintiff's First Amended Complaint. Dkt. 40.

3.    On December 2, 2024, Defendant timely served upon Plaintiff its Rule 26 Initial Disclosures. Defendant also contemporaneously served its First Set of Interrogatories, First Set of Requests for Production of Documents, and Notice of Deposition of Plaintiff for a date to be determined.

4.    On December 3, 2024, Plaintiff served her Rule 26 Initial Disclosures upon Defendant.

---

[1] Effective January 1, 2019, Amazon.com.dedc LLC was merged into Amazon.com Services, Inc. Effective December 30, 2019, Amazon.com Services, Inc. was renamed Amazon.com Services LLC. Therefore, Amazon.com Services LLC is the proper name of the corporate defendant and is Plaintiff's current employer.

5. On January 16, 2025, Defendant served upon Plaintiff the documents identified in its Rule 26 Initial Disclosures. In doing so, Defendant inquired about the status of Plaintiff's responses to Defendant's written discovery requests, which were due on January 2, 2025, in accordance with Federal Rules of Civil Procedure 33(b)(2) and 34(b)(2)(A). Plaintiff's counsel advised he needed additional time to work with his client on the discovery responses due to a personal medical issue and, therefore, counsel for the Parties agreed to an extension of Plaintiff's response deadline to January 30, 2025.

6. On January 21, 2025, Defendant served a supplemental production of documents identified in its Rule 26 Initial Disclosures. To date, Defendant has produced 6,908 pages of documents.

7. Plaintiff counsel has sustained a medical condition from what is severe fatigue from what is believed to be a condition from long covid. The effect has not allowed him to work for about 2 days per week. Plaintiff's counsel is a solo practitioner and as such no one else can do the work. In addition, Plaintiff's counsel has notified Defendant's counsel of his condition.

8. On February 4, 2025 and February 11, 2025, Defendant followed up with Plaintiff's counsel as to the status of Plaintiff's responses to Defendant's written discovery requests. Plaintiff's counsel responded that he needs additional time to work with his client due to his health, which Defendant has accommodated.

9. Plaintiff served her discovery answers on February 26, 2025 with about 500 documents.

10. To date, Plaintiff has not served written discovery requests on Defendant. Plaintiff will provide such in the next few days as Plaintiff's counsel mistakenly believed they were already provided.

11. Pursuant to the Court's Order, fact discovery closes on July 31, 2025. Dkt. 39.

12. The Parties have not engaged in further settlement discussions to date. Plaintiff does not have a counter from the Defendant for settlement to her knowledge from her last offer and through the settlement conference. Given that the EEOC issued a cause finding, Plaintiff believes that settlement should be easy in this case. Defendant remains interested in exploring whether resolution is possible.

| | |
|---|---|
| Dated: February 28, 2025 | Respectfully submitted, |

| | |
|---|---|
| */s/ Steven Horak* | */s/ Carolyn M. Corcoran* |
| Steven Horak<br>Steven Horak Firm<br>940 Knollwood Dr.<br>Buffalo Grove, IL 60089<br>(847) 877-3120<br>steve@stevenhoraklaw.com<br><br>*Counsel for Plaintiff* | Carolyn M. Corcoran (*admitted pro hac vice*)<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 309-6000<br>(212) 309-6001 (fax)<br>carolyn.corcoran@morganlewis.com<br><br>Stephanie L. Sweitzer<br>Morgan, Lewis & Bockius LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>(312) 324-1000<br>(312) 324-1001 (fax)<br>stephanie.sweitzer@morganlewis.com<br><br>*Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2025, the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will provide electronic service to all counsel of record.

*/s/ Carolyn M. Corcoran*
Carolyn M. Corcoran