**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **DORIS A. NELSON,** | |
| **Plaintiff,** | |
| **v.** | **Case No.: 1:23-cv-6387** |
| **AMAZON.COM.DEDC,** | **Honorable John F. Kness** |
| | **Honorable Beth W. Jantz** |
| **Defendant.** | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's September 19, 2025 Order (Dkt. 57), Defendant, by and through its undersigned counsel, respectfully submits the following status report. On September 22, 2025, Plaintiff's most recently retained counsel, Mr. Sadelski, notified defense counsel that he intends file a motion to withdraw from this case. To the best of Defendant's knowledge, Plaintiff currently is unrepresented, but intends to try to secure new counsel. Defendant therefore is submitting this report unilaterally.

**DISCOVERY**

1.       Plaintiff and two defense witnesses have been deposed.

2.       Defendant does not anticipate taking additional fact witness depositions.

3.       Plaintiff previously had indicated, through Mr. Sadelski, that she intended to depose six other witnesses, five of whom are former employees of Defendant. At this time, Defendant has no knowledge as to whether Plaintiff still intends to depose any additional witnesses.

4.       During Plaintiff's deposition, she testified she did not recognize the written interrogatory answers that had been served on Defendant by her previous counsel. Mr. Sadelski subsequently expressed intent to serve amended interrogatory answers, which Defendant has not

1

received to date. Defendant reserved the right to continue Plaintiff's deposition to address any issues that could arise upon receipt and review of Plaintiff's amended answers. Defendant intends to request the amended answers, either directly from Plaintiff or through any new counsel she may retain. After receiving the amended answers, Defendant will determine whether it needs additional testimony from Plaintiff.

5.     Other than the anticipated service of Plaintiff's amended interrogatory answers, it is Defendant's position that written discovery is complete.

6.     Discovery in this case is currently set to close on October 29, 2025. Defendant does not foresee any barriers to meeting this deadline and currently does not foresee anything that will require the Court's attention, subject to the unresolved issue of whether Plaintiff will proceed pro se or secure new counsel.

7.     Defendant intends to move for summary judgment following the close of fact discovery.

8.     To date, Plaintiff has not disclosed any expert witnesses, and Defendant does not intend to affirmatively rely on expert witness testimony. In the event Plaintiff or her new counsel (if retained) discloses one or more expert witnesses, Defendant reserves the right to identify one or more rebuttal expert witnesses, and suggests the parties meet and confer to agree on a separate expert discovery schedule.

**SETTLEMENT**

9.     While Defendant remains interested in exploring settlement, based on recent settlement discussions, it is clear the parties continue to have different views of Plaintiff's likelihood of success on the merits as well as the valuation of Plaintiff's claims in this case.

Dated: September 25, 2025     Respectfully submitted,


            */s/ Stephanie L. Sweitzer*
            Stephanie L. Sweitzer
            Morgan, Lewis & Bockius LLP
            110 North Wacker Drive, Suite 2800
            Chicago, IL 60606
            (312) 324-1000
            (312) 324-1001 (fax)
            stephanie.sweitzer@morganlewis.com


            Carolyn M. Corcoran (*admitted pro hac vice*)
            Morgan, Lewis & Bockius LLP
            101 Park Avenue
            New York, NY 10178
            (212) 309-6000
            (212) 309-6001 (fax)
            carolyn.corcoran@morganlewis.com

            *Counsel for Defendant*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 25, 2025, the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will provide electronic service to all counsel of record.

*<u>/s/ Stephanie L. Sweitzer</u>*
Stephanie L. Sweitzer
