# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| DORIS A. NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 23-cv-6387 |
| v. ) | |
| ) | |
| AMAZON.COM.DEDC, ) | Honorable John F. Kness |
| ) | |
| Defendant. ) | |

## **MOTION TO WITHDRAW AS ATTORNEY'S ATTORNEY**

Plaintiff's attorney Peter T. Sadelski of Ed Fox & Associates, Ltd., files this Motion to Withdraw as Attorney, stating as follows:

1. Attorney Peter T. Sadelski has previously filed appearances for Plaintiff in the above-referenced matter.

2. Attorney Peter T. Sadelski has fundamental disagreements with Plaintiff that cannot be overcome.

3. Withdrawal can be accomplished without material adverse effects on Plaintiff because she is free to hire another attorney.

4. Defendant does not oppose this motion.

5. Plaintiff opposes this motion.

6. The Notification of Party Contact Information is attached as Exhibit 1.

For the foregoing reasons, Peter T. Sadelski of Ed Fox & Associates, Ltd., respectfully requests that this Honorable Court grant their Motion to Withdraw.

Dated: October 2, 2025

                              Respectfully submitted,

                              */s/ Peter T. Sadelski*
                              Peter T. Sadelski
                              Ed Fox & Associates, Ltd.
                              118 N. Clinton St., Ste. 425
                              Chicago, IL 60661
                              (312) 345-8877
                              petersadelski@efoxlaw.com
                              *Attorney for Plaintiff*