U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title:  Doris Nelson          Case Number:  23cv06387

v. Amazon.com.dedc,LLC

An appearance is hereby filed by the undersigned as attorney for: PLAINTIFF

Attorney name (type or print):  Steven Horak Firm:

Street address:          940 Knollwood Dr

City/State/Zip:        Buffalo Grove, IL 60089

Bar ID Number: 6207126                    Telephone Number:  8478773120
 (See item 3  in instructions)

Email Address: steve@stevenhoraklaw.com

Are you acting as lead counsel in this case?              xx Yes          No

Are you a member of the court's general bar?              xxxYes          No

Are you a member of the court's trial bar?              xxx Yes          NO

Are you appearing pro hac vice?                              Yes          XXX No

If this case reaches trial, will you act as the trial attorney?      XX YES          No

If this is a criminal case, check your status.      ☐  Retained Counsel

☐          Appointed Counsel
           If appointed counsel, are you a
☐  Federal Defender
☐          CJA Panel
           Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

 Executed on 10/6/2025

Attorney signature:        S/ Steven Horak

(Use electronic signature if the appearance form is filed electronically.)  Revised

7/19/2023